JAMES B. DUKE, respondent,

*v.*

LILIAN N. DUKE, appellant.

[Decided February 4th, 1907.]

On appeal from a decree overruling the plea to the jurisdiction, advised by Vice-Chancellor Pitney, whose opinion is reported in *70 N. J. Eq. (4 Robb.) 135.*

*Mr. Chauncey G. Parker* and *Mr. Samuel Kalisch,* for the appellant.

*Mr. Richard V. Lindabury,* for the respondent.

PER CURIAM.

The order appealed from in this case is affirmed, for the reasons stated in the opinion filed in the court of chancery by Vice-Chancellor Pitney.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, FORT, GARRETSON, HENDRICKSON, PITNEY, SWAYZE, REED, TRENCHARD, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL—15.

*For reversal*—None.